**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 14-617-GMS |
| MITEK SYSTEMS, INC., JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 14-1142-GMS |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., NCR CORPORATION and MITEK SYSTEMS, INC., | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 14-1143-GMS |
| CITIGROUP INC., CITIBANK, N.A., NCR CORPORATION and MITEK SYSTEMS, INC., | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 14-1144-GMS |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., FISERV, INC. and MITEK SYSTEMS, INC., | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## DECLARATION OF ANDREW M. HOWARD

I, Andrew M. Howard, hereby declare as follows:

1. I am an attorney with Shore Chan DePumpo LLP, and counsel of record for Rothschild Mobile Imaging Innovations, LLC, ("RMII") in the above-captioned action. I am over the age of 21 years, and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of a press release entitled *Mitek Prevails in Rothschild Patent Infringement Suit,* available at https://www.miteksystems.com/press-releases/mitek-prevails-rothschild-patent-infringement-suit (last visited September 14, 2016).

I declare under penalty of perjury that the foregoing is true and correct on September 28, 2016.

*/s/ Andrew M. Howard*
Andrew M. Howard