# EXHIBIT B

**From:** Yoon, James [mailto:JYoon@wsgr.com]
**Sent:** Tuesday, September 09, 2014 4:46 PM
**To:** Michael Shore
**Cc:** Alfonso G Chan; Smith, Ryan; Ramos, Kathie
**Subject:** RE: Rule 408; Disqualification

Michael,

Thank you for your email.

1. WSGR confirms that the WSGR attorneys working on the RMII v. Mitek case have not had any communication with WSGR attorneys who met with Leigh Rothschild regarding their meetings with Mr. Rothschild or what they discussed with Mr. Rothschild (including, but not limited to, any patent assertion entity he controls).

2. WSGR confirms that the WSGR attorneys working on the RMII v. Mitek case have not reviewed or been granted access to any materials related to Leigh Rothschild (or any patent assertion entity he controls).

Items (3)-(5) are acceptable to Mitek and WSGR.

Talk to you soon,

Jim

**From:** Michael Shore [mailto:mshore@ShoreChan.com]
**Sent:** Monday, September 08, 2014 12:23 PM
**To:** Yoon, James
**Cc:** Alfonso G Chan
**Subject:** Rule 408; Disqualification

Dear James,

I have communicated the situation to my client and they are not opposed to allowing WSGR, under certain conditions, to aid Mitek in a meeting to resolve the case. Please send me a letter whereby Mitek and WSGR agree to the following conditions and make the following representations to enable such a meeting:

1. WSGR attorneys working on the case have not communicated with any other counsel at WSGR counsel to whom Leigh Rothschild (or any patent assertion entity he controls) has claimed an attorney-client relationship;
2. WSGR attorneys working on the case have not reviewed or been granted access to any material (documents, emails, etc.) related to Leigh Rothschild (or any patent assertion entity he controls) in the possession of any WSGR attorney, including material created by any WSGR attorney related to Leigh Rothschild or any patent assertion entity he controls;
3. WSGR's participation in the meeting between Leigh Rothschild and Mitek will not be referenced, used, considered or argued to be a waiver of any arguments Leigh Rothschild or RMII may possess to disqualify WSGR;

4. WSGR will agree, within 30 days of the completion of the settlement conference, assuming the case does not settle, withdraw from representing any entity adverse to RMII or Leigh Rothschild and will not accept any representation adverse to Leigh Rothschild or RMII related to the patens in suit; and
5. WSGR may make all of the above representations and covenants expressly reserving its rights to deny that any conflict or attorney client relationship exists or existed that would support disqualification of WSGR.

Please provide this by Thursday of this week, along with some proposed dates, times and locations (preferably Miami or Dallas) for a meeting.

Regards,

Michael W. Shore


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.