# EXHIBIT C

**From:** Alfonso G Chan
**Sent:** Wednesday, September 24, 2014 5:10 PM
**To:** Yoon, James (JYoon@wsgr.com)
**Cc:** Michael Shore; Caroline Johnson
**Subject:** RE: Rule 408

Jim:

Attached is the term sheet Michael referred to.  Also, please advise us on our October 7 meeting location.

Sincerely,
Alfonso

---

**From:** Yoon, James
**Sent:** 9/24/2014 2:21 PM
**To:** Michael Shore
**Subject:** Re: Rule 408

Thanks Michael.

James Yoon
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Direct: (650) 320-4726
Cell: (650) 714-8493
Email: jyoon@wsgr.com

On Sep 24, 2014, at 12:02 PM, Michael Shore <mshore@ShoreChan.com> wrote:

James,

I should have a Term Sheet for your client to consider by tomorrow morning. It tries to address the problems with your client's lack of cash, the indemnity obligations your client faces and also some means of tying our clients IP to Mitek for use in building their business.

Michael

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.