# EXHIBIT A

Home (/) » Resources » Press releases (/press-releases)

# Mitek Prevails in Rothschild Patent Infringement Suit

**SAN DIEGO, CA, July 21, 2016** – Mitek (NASDAQ: MITK, www.miteksystems.com (/)), a global leader in mobile capture and identity verification software solutions, today announced that it has successfully defended its technology in the patent infringement case brought forth by Rothschild Mobile Imaging Innovations.

In 2014, Rothschild sued Mitek and several of its customers, alleging that Mitek products infringed on four of its patents. In 2015, the U.S. Patent and Trademark Office (USPTO) agreed to review the validity of Rothschild's patents. At that time, Rothschild conceded the invalidity of all claims asserted against Mitek in one of its patents, thereby removing it from the litigation. The USPTO review process continued with respect to the remaining three Rothschild patents, with the USPTO ruling in favor of Mitek with findings that all remaining patent claims are invalid.

"The decision confirms what we have maintained from the outset: that Rothschild's patent claims are invalid and that Mitek and our customers should not have been sued in the first place," said Mitek General Counsel Jason Gray.

"Mitek is a recognized technology innovator and industry leader. We invented Mobile Deposit® (/mobile-deposit), helped grow mobile banking into the industry it is today and continue to drive innovation with 26 patents awarded for our advanced technologies, including mobile capture and ID verification solutions," said James DeBello, Chairman and CEO, Mitek.

Mitek continues to innovate with an additional 16 patents pending for mobile solutions that reduce friction in the mobile channel for tens of millions of consumers.

## About Mitek

Mitek (MITK) is a global leader in mobile capture and identity verification software solutions. Mitek's ID document verification allows an enterprise to verify a user's identity during a mobile transaction, enabling financial institutions, payments companies and other

businesses operating in highly regulated markets to transact business safely while increasing revenue from the mobile channel. Mitek also reduces the friction in the mobile user experience with advanced data prefill. These innovative mobile solutions are embedded into the apps of more than 5,000 organizations and used by tens of millions of consumers daily for mobile check deposit, new account opening, insurance quoting and more. Learn more at www.miteksystems.com (http://www.miteksystems.com). (MITK-F)

Follow Mitek on LinkedIn: http://www.linkedin.com/company/mitek-systems-inc. (http://www.linkedin.com/company/mitek-systems-inc.)

Follow Mitek on Twitter: @miteksystems (http://www.twitter.com/miteksystems)

Connect with Mitek on Facebook: http://www.facebook.com/MitekSystems (http://www.facebook.com/MitekSystems)

See Mitek on YouTube: http://www.youtube.com/miteksystems (http://www.youtube.com/miteksystems)

Read Mitek's latest blog post: http://www.miteksystems.com/blog (/blog)

**Mitek Contact:**

Ann Reichert

Senior Director of Marketing

pr@miteksystems.com (mailto:pr@miteksystems.com)

Katherine Verducci

MIX Public Relations

pr@mix-pr.com (mailto:pr@mix-pr.com)

**Mitek Investor Contacts:**

Todd Kehrli or Jim Byers

MKR Group, Inc.

mitk@mkr-group.com (mailto:mitk@mkr-group.com)

8911 Balboa Ave, San Diego, CA 92123

 858-309-1704 (tel:18583091704)   Email (/contact)

Copyright © 2016 Mitek Systems, Inc. All Rights Reserved.

Terms and Conditions (/terms-and-conditions) | Privacy Policy (/privacy-policy) | Admin Login (/user)

Back to Top

 (http://www.facebook.com/pages/Mitek-Systems/99142002226)  (http://twitter.com/miteksystems)  (https://www.linkedin.com/company/mitek-systems-inc-)  (https://plus.google.com/114993878107044592411/posts)  (http://www.youtube.com/user/MitekSystems)