**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MITEK SYSTEMS, INC., JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A., <br><br> Defendants. | C.A. No. 14-617-GMS <br><br> JURY TRIAL DEMANDED |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., NCR CORPORATION and MITEK SYSTEMS, INC., <br><br> Defendants. | C.A. No. 14-1142-GMS <br><br> JURY TRIAL DEMANDED |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP INC., CITIBANK, N.A., NCR CORPORATION and MITEK SYSTEMS, INC., <br><br> Defendants. | C.A. No. 14-1143-GMS <br><br> JURY TRIAL DEMANDED |

|  |  |
|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br>WELLS FARGO BANK, N.A., FISERV, INC.<br>and MITEK SYSTEMS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 14-1144-GMS<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MITEK SYSTEMS, INC.'S MOTION
## FOR ATTORNEYS' FEES AND EXPENSES

Defendant Mitek Systems, Inc. ("Mitek") respectfully moves this Court to grant Mitek's Motion for Attorneys' Fees and Expenses. Mitek respectfully requests entry of an Order finding that this case is exceptional under 35 U.S.C. § 285 and that Mitek is the prevailing party and is entitled to its reasonable attorney fees and expenses to the extent permitted by law. Alternatively, or in addition, Mitek respectfully requests an award of fees from RMII's counsel, Shore Chan DePumpo LLP, under 28 U.S.C. § 1927. An award of fees is also warranted under the Court's inherent power. Finally, Mitek requests that the Court direct Mitek to submit evidence of its reasonable fees and expenses by a date certain. This Motion is accompanied by Mitek's Brief in Support of Motion for Attorneys' Fees and Expenses, which is incorporated herein by reference, as well as a Proposed Order.

In accordance with Local Rule 7.1.1, on September 28 and 29, 2017, the parties met and conferred but were unable to reach an agreement. Counsel who participated in these discussions include Mary Matterer, Phillip Citroen and Naveen Modi on behalf of Mitek and Richard Weinblatt and Andrew Howard on behalf of Rothschild Mobile Imaging Innovations, LLC.

1

Dated: September 29, 2017

/s/ *Mary B. Matterer*
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. #405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

OF COUNSEL:

Naveen Modi
Phillip W. Citroen
PAUL HASTINGS LLP
875 15th Street NW
Washington, D.C. 20005
(202) 551-1700
naveenmodi@paulhastings.com
phillipcitroen@paulhastings.com

**ATTORNEYS FOR DEFENDANT
MITEK SYSTEMS, INC.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MITEK SYSTEMS, INC.,<br>JPMORGAN CHASE & CO. and<br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | C.A. No. 14-617-GMS<br><br>JURY TRIAL DEMANDED |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br>BANK OF AMERICA, N.A.,<br>NCR CORPORATION and<br>MITEK SYSTEMS, INC.,<br><br>      Defendants. | C.A. No. 14-1142-GMS<br><br>JURY TRIAL DEMANDED |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIBANK, N.A.,<br>NCR CORPORATION and<br>MITEK SYSTEMS, INC.,<br><br>      Defendants. | C.A. No. 14-1143-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., FISERV, INC. and MITEK SYSTEMS, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 14-1144-GMS<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
DEFENDANT MITEK SYSTEMS, INC.'S
MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Having considered Mitek's Motion for Attorneys' Fees and Expenses, this Court hereby GRANTS Mitek's Motion and finds that Mitek is entitled to its reasonable attorney fees and costs to the extent permitted by law.

The Court hereby DIRECTS Mitek to submit evidence of its reasonable fees and expenses by _____, 2017.

**SO ORDERED** this \_\_\_\_ day of _____, 201\_\_.

                                                                 United States District Court Judge