IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:14-cv-617-GMS |
| MITEK SYSTEMS, INC., JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:14-cv-1142-GMS |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A. and MITEK SYSTEMS, INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 1:14-cv-1143-GMS |
| CITIGROUP INC., CITIBANK, N.A. and MITEK SYSTEMS, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:14-cv-1144-GMS |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and MITEK SYSTEMS, INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

1

## STIPULATION TO EXTEND BRIEFING DEADLINES

Plaintiff Rothschild Mobile Imaging Innovations, LLC ("RMII") and Defendant Mitek Systems, Inc. ("Mitek"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate and agree to the following briefing schedule:

(1) RMII's Opposition to Mitek's Motion for Attorney Fees and Expenses (D.I. 92 in C.A. 1:14-cv-617-GMS; D.I. 83 in C.A. 1:14-cv-1142-GMS; D.I. 89 in C.A. 1:14-cv-1143-GMS; and D.I. 87 in C.A. 1:14-cv-1144-GMS) shall be filed on or before October 27, 2017; and

(2) Mitek's Reply in Support of its Motion for Attorney Fees and Expenses (D.I. 92 in C.A. 1:14-cv-617-GMS; D.I. 83 in C.A. 1:14-cv-1142-GMS; D.I. 89 in C.A. 1:14-cv-1143-GMS; and D.I. 87 in C.A. 1:14-cv-1144-GMS) shall be filed on or before November 17, 2017.

Dated: October 6, 2017

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080
Stamatios Stamoulis #4606
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
weinblatt@swdelaw.com
stamoulis@swdelaw.com

*Of Counsel*:

Michael W. Shore
Alfonso Garcia Chan
Andrew M. Howard
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com

*/s/ Mary B. Matterer*
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. #405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Of Counsel*:

Naveen Modi
Phillip W. Citroen
PAUL HASTINGS LLP
875 15th Street NW
Washington, D.C. 20005
(202) 551-1700
naveenmodi@paulhastings.com
phillipcitroen@paulhastings.com

*Attorneys for Defendant*
*Mitek Systems, Inc.*

ahoward@shorechan.com

*Attorneys for Plaintiff*
*Rothschild Mobile Imaging Innovations, LLC*

**SO ORDERED** this ____ day of _____, 2017.

                                                                                                                                                                                             _____
United States District Court Judge